# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

DAVID RAYMOND ROSE,　　　　　　　) ED CV 08-01777-GHK (SH)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) JUDGMENT
　　　　　　　Petitioner,　　　　　 )
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
MATTHEW CATES, Secretary CDCR,　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　　Respondent.　　　　　 )

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 17, 2009

　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE